UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GUANGLI ZHANG,

                          **Plaintiff,**                                **18-CV-5755 (SN)**

                -against-                                **ORDER OF DISMISSAL**

EAST GARDEN 1ST AVE INC., et al.,

                          **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On June 25, 2018, Plaintiff Guangli Zhang filed this claim for relief under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, and the New York Labor Law, §§ 190 *et seq.*, alleging minimum wage, overtime, wage notice, spread of hours, and gratuities violations. ECF No. 1 ¶¶ 1-2. By letter dated May 20, 2019, the parties notified the Court of Plaintiff's death. ECF No. 42. Pursuant to Rule 25 of the Federal Rules of Civil Procedure, any motion for substitution had to be filed within 90 days of notifying the Court of Plaintiff's death. Fed. R. Civ. P. 25(a)(1). If a motion for substitution is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed. <u>Id</u>. More than 90 days from the date of notice of death have passed and no motion for substitution has been made in this case. Accordingly, the case is dismissed.

      The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

                                                                  _____
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:     November 5, 2019
                 New York, New York

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 11/5/2019*